SAKSON NURSERY, INC. *v.* PLANNING AND ZONING
BOARD OF APPEALS OF THE TOWN OF
GREENWICH ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 30 Conn. App. 627 (AC 10526), is denied.

*James D'Alton Murphy,* in support of the petition.

*Eugene F. McLaughlin,* assistant town attorney, in opposition.

Decided June 4, 1993

STATE OF CONNECTICUT *v.* RICHARD WEBER

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 58 (AC 11502), is denied.

*Thomas Ullman,* public defender, in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided June 4, 1993

FEDERAL DEPOSIT INSURANCE CORPORATION *v.*
RETIREMENT MANAGEMENT GROUP, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 31 Conn. App. 80 (AC 10668), is denied.

*Patrick W. Boatman,* in support of the petition.

*Donald E. Frechette,* in opposition.

Decided June 4, 1993